IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-2148-AP**

**KENNETH SUMMERS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Motion to Withdraw Complaint (doc. #3), filed November 28, 2005, is **GRANTED.**  The complaint is withdrawn; this case is **DISMISSED**.

Dated this 6th day of December, 2005.

       BY THE COURT:

       S/**John L. Kane**
       Senior Judge, United States District Court